UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
UNIQUE PRODUCTS INDUSTRIES LLC,                  :
:
Plaintiff,    :
:
-v-                                              :
:
:
BRILLIANT GROUP LOGISTICS CORP.,                 :
:
Defendant.    :
:    23 Civ. 2904 (JPC) (GWG)
--------------------------------------------------------------------- X
:    ORDER
BRILLIANT GROUP LOGISTICS CORP.,                 :
:
Third-Party Plaintiff,  :
:
-v-                                              :
:
:
UNITED ALINE CO., LTD, and                       :
EVERGREEN MARINE (UK) LIMITED,                   :
:
Third-Party Defendants.  :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On September 1, 2023, Third-Party Defendant Evergreen Marine (UK) Limited sought leave to file a motion for summary judgment and proposed a briefing schedule in accordance with Local Civil Rule 6.1(b). Dkt. 52. On September 5, 2023, the Court directed Third-Party Plaintiff Brilliant Group Logistics Corporation to respond to Evergreen's letter by September 12, 2023, Dkt. 53, but Brilliant Group Logistics failed to do so. Accordingly, Evergreen shall file its motion for summary judgment by November 1, 2023. Brilliant Group Logistics shall respond by November 15, 2023, and Evergreen Marine may file any reply by November 22, 2023.

SO ORDERED.

Dated: October 17, 2023
      New York, New York

                                        JOHN P. CRONAN
                                 United States District Judge