| Edward A. Keane∗ | MAHONEY & KEANE, LLP | Connecticut Office |
|---|---|---|
| Garth S. Wolfson∗ | *Attorneys at Law* | ———— |
| ———— | *40 Worth Street, Suite 602* | |
| Of Counsel | *New York, New York 10013* | 14 Pilgrim Lane |
| Stephen J. Murray+ | *Telephone (212) 385-1422* | Weston, CT 06883 |
| | *Facsimile (212) 385-1605* | Tel: (203) 222-1019 |
| ∗Also admitted in NJ | gwolfson@mahoneykeane.com | Fax: (203) 222-0252 |
| +Also admitted in CT | | |

October 30, 2023

**VIA ECF**

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

        Re:    **Case No. 23 Civ. 02904 (JPC)(GWG)**
                  Unique Products Industries LLC v. Brilliant Group Logistics Corp.
                  **Our File No. 12/4519**

Honorable Sir,

      We represent Third-Party Defendant EVERGREEN MARINE (UK) LIMITED ("EVERGREEN") in the above-referenced action, wherein EVERGREEN's motion for summary judgment is due to be filed by November 1, 2023, and write to request that that date be adjourned *sine die*.

      Last week, all parties executed a confidential Settlement & Release Agreement, which should moot the need for EVERGREEN's motion. Pursuant to the Agreement, a proposed stipulation and order of dismissal of all claims, with prejudice, is expected to shortly be submitted to the Court, accordingly.

      Our thanks, again, for the Your Honor's consideration.

                                    Respectfully submitted,

                                    MAHONEY & KEANE, LLP

                By:    s/ Garth S. Wolfson_____
                        Edward A. Keane
                        Garth S. Wolfson

The request is granted.  All deadlines in the summary judgment briefing schedule are adjourned *sine die*.  The parties shall file their anticipated stipulation and order of dismissal no later than December 1, 2023.  If the parties are unable to do so, they shall instead file a joint status letter by that date.

SO ORDERED.
November 2, 2023
New York, New York

                                                    _____
                                                    JOHN P. CRONAN
                                          United States District Judge